[No. 7646-2-II. Division Two. September 26, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ARCHIE L. CUNNINGHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83-1-00277-8, Leonard W. Kruse, J., entered February 2, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Reed, J.

[No. 7645-4-II. Division Two. September 26, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL BALL, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. JO-1401, Herbert E. Wieland, J., entered February 16, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Reed, J.

[No. 7624-1-II. Division Two. September 26, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY R. SIMMONS, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 83-1-00212-8, John W. Schumacher, J., entered February 27, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Reed, J.